In the United States District Court
Soutern District of Mississippi
Division

Shontwon Keeshon Simmons

vs

Transforce

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 11 2022

ARTHUR JOHNSTON
BY _____ DEPUTY

civil action No.
3:22-CV-466-TSL-RPM

## Complaint

Comes now, plantiff Shuntwon Simmons, pro se, and for cause of action against the defendant(s) Transforce, would state:

## Jurisdiction

[Plaintiff is to complete this space by making a short and accurate statement of the grounds upon which the court's jurisdiction depends. That is, why this matter is being brought in Federal Court]-

I.
Plaintiff is an adult resident citizen of the county of Madison, state of Mississippi. The defedant Transforce is an adult resident citizen of the county of Madison, state of Mississippi - [The plaintiff will need to provide this information for each

of the defendants).

## Facts

(Plaintiff is to make a short and plain statement of the claim along with the facts that show why the plaintiff is entitled to relief.)

## Relief

(Plaintiff is to state what relief he/she is seeking to obtain from the court).

Respectfully submitted, this the 11th day of August, 2022

Name, address and phone number of Plaintiff

Shuntwon Simmons

657 Bryceland Blvd

Ridgeland, MS 39157

601-863-5992